

Martin Koppel
57 Millstone Ct.
Unionville,
ONL3R 7M7
Nov 20th, 2011

Judge J. Paul Oetken

   

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 DEC 2011

Without predjudicce
11-CV-6535 (JPO)

Your letter dated October 24, 2011 has been received. By now, you will have received my response, by registered mail, to Mr. Fuchs' claim. I feel strongly that this is not a U.S. matter, as I have never licensed from, released in or sold directly to the United States, any product. Thus, I feel there is no legitimate claim, for reasons further outlined in my letter.

Our released CDs of this material has been available for the past 20 years in the United Kingdom. During this time, Mr. Murphy and Mr. Taylor were both alive, and had full knowledge of this product. (If they felt we were doing something we had not licensed, they would have brought action.)

However, if Mr. Fuchs still believes he has a case, he should bring it up in a European court, where I would be willing to take up these issues.

Should you have other questions, I would be amenable to answer these via correspondence.

Respectfully yours,

Martin Koppel

CC: Kelly Talcott

The plaintiff shall, on or before Dec. 22, 2011, show cause why this action should not be dismissed as to defendant Martin Koppel.

SO ORDERED:

11/30/11

J. PAUL OETKEN
U.S.D.J.